## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

JESSIKA HARLSTON,

    Plaintiff,

                Case No. 19-cv-0900-bhl

  v.

ST CHARLES YOUTH & FAMILY SERVICES,

    Defendant.

## ORDER

    On October 27, 2020, the Court granted plaintiff's motion to proceed without prepayment of the filing fee and allowed her employment discrimination complaint to go forward. (ECF No. 4.) On December 28, 2020, defendant filed a motion to dismiss for failure to state a claim. (ECF No. 15.) Plaintiff's response to the motion to dismiss was due on or before January 18, 2021. On February 22, 2021, after the plaintiff failed to respond to defendant's motion to dismiss, the Court ordered the plaintiff to show cause in writing for her failure to respond timely to the motion. The Court allowed plaintiff until March 8, 2021 to respond and informed her that the Court would dismiss her case if she failed to comply with the order. (ECF No. 18.) The order was mailed to plaintiff's address of record with the Court. (ECF No. 19.) On March 8, 2021, the Court's order was returned as undeliverable. (*Id.*) Apparently, plaintiff has moved but has not provided the Court with a current address. The Court's Local Rules require pro se plaintiffs to keep a current address on file with the clerk so that the Court can contact the party. *See* General L. R. 5(a)(4). Plaintiff has failed to comply with the local rule. Given plaintiff's failures: (1) to respond to defendant's motion to dismiss; (2) to maintain an updated address with the clerk's office; and (3) failure to respond to the order to show cause, the Court will dismiss plaintiff's case for failure to prosecute. *See* Civil L. R. 41(c). Accordingly,

    **IT IS HEREBY ORDERED** that plaintiff's case is DISMISSED for failure to prosecute based on her failure to respond to defendant's motion to dismiss, her failure to update her

address with the Court, and her failure to respond to the Court's order to show cause. The clerk's office will enter judgment accordingly.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss for failure to state a claim, (ECF No. 15), is **DENIED** as moot.

Dated at Milwaukee, Wisconsin on March 10, 2021.

s/Brett H. Ludwig

BRETT H. LUDWIG
United States District Judge